## WELBORN v. THE STATE.

1. The act of August 7, 1903, in relation to vagrancy, amends but does not repeal Penal Code, § 453.
2. Under one count of the accusation a conviction was warranted, whether the evidence be referred to a date before or after the approval of that act.
3. There was positive testimony that the defendant, a grown woman able to work, with no visible or known means of a fair, honorable, and reputable livelihood, was a street-walker, who loitered around saloons and did no work. The fact that on two occasions she had earned small sums, wholly insufficient to support her, was no answer to the general state of idleness in which she was shown to live.

Submitted January 18, — Decided February 12, 1904.

Accusation of vagrancy. Before Judge Willis. City court of Columbus. November 21, 1904.

*A. W. Cozart* and *J. H. Lewis*, for plaintiff in error.
*Peter Preer, solicitor,* contra.

LAMAR, J.　There was positive testimony that the defendant was grown and able to work; that she had no visible or known means of a fair, honest, or reputable livelihood; that she was a lewd woman and a street-walker, who loitered around saloons, and did no work. The 'fact that during one week she earned a dollar, and during another twenty-five cents, was no answer to the general state of idleness in which she was shown to live. *Cody* v. *State,* 118 *Ga.* 784.　The act of August 7, 1903 (Acts 1903 p. 46), amends but does not repeal Penal Code, § 453, and the conviction was warranted under one count of the accusation, whether the evidence be referred to a date before or after the approval of that act.

*Judgment affirmed.　All the Justices concur, except Simmons, C. J., absent.*